1  ROBERT J. GANDY (State Bar No. 268604)
   rjg@severson.com
2  JEREMY S. CARR (State Bar No. 268604)
   jsc@severson.com
3  SEVERSON & WERSON, A Professional Corporation
   The Atrium
4  19100 Von Karman Avenue, Suite 700
   Irvine, California 92612
5  Telephone: (949) 442-7110   Facsimile: (949) 442-7118

6  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
7  SEVERSON & WERSON, A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, California 94111
   Telephone: (415) 398-3344   Facsimile: (415) 956-0439

9  Attorneys for Defendants
   BANK OF AMERICA, N.A. (erroneously sued as Bank of America
10 Corporation, a Delaware Corporation doing business as ReconTrust Co
   NA); RECONTRUST COMPANY, N.A. (erroneously sued as Bank of
11 America Corporation, a Delaware Corporation doing business as
   ReconTrust Co NA); THE BANK OF NEW YORK MELLON fka The
12 Bank of New York, as Trustee for the Benefit of the Certificate Holders of
   the CWALT Inc. Alter-native Loan Trust 2005-59, Mortgage Pass
13 Through Certificates, Series 2005-59; and MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT — SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CHAVEZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation doing business as RECONTRUST CO NA; THE BANK OF NEW YORK MELLON, a New York Corporation; FKA THE BANK OF NEW YORK as Trustee for the Benefit of the Certificate Holders of the CWALT Inc. Alter-native Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No. 8:12-cv-02162 AG (JPRx)<br>Hon. Andrew J. Guilford<br>Ctrm. 10-D<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br><br><br>Action Filed:   December 13, 2012<br>Trial Date:      None Set |

70000.1103/2555119.1

JUDGMENT OF DISMISSAL

1  The Court granted the Motion to Dismiss of Defendants BANK OF AMERICA, N.A.
2  (erroneously sued as Bank of America Corporation, a Delaware Corporation doing business as
3  ReconTrust Co NA); RECONTRUST COMPANY, N.A. (erroneously sued as Bank of America
4  Corporation, a Delaware Corporation doing business as ReconTrust Co NA); THE BANK OF
5  NEW YORK MELLON fka The Bank of New York, as Trustee for the Benefit of the Certificate
6  Holders of the CWALT Inc. Alter-native Loan Trust 2005-59, Mortgage Pass Through
7  Certificates, Series 2005-59; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
8  INC. (collectively "Defendants") to Plaintiff ROBERT CHAVEZ'S
9  Complaint, without leave to amend, pursuant to its Minute Order on January 31, 2013.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Judgment is entered in favor of Defendants and against Plaintiff ROBERT CHAVEZ with prejudice.

2. Plaintiff ROBERT CHAVEZ shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED:  February 15, 2013

_____
HONORABLE ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE

70000.1103/2555119.1

JUDGMENT OF DISMISSAL